■ In the Matter of ADALIZA H., a Person Alleged to be a Juvenile Delinquent, Appellant. [992 NYS2d 417]—

Order of disposition, Family Court, Bronx County (Peter J. Passidomo, J.), entered on or about July 3, 2013, which adjudicated appellant a juvenile delinquent upon her admission that she committed an act that, if committed by an adult, would constitute attempted assault in the third degree, and imposed a conditional discharge for a period of 12 months, unanimously affirmed, without costs.

The court properly exercised its discretion in denying appel-

lant's request for an adjournment in contemplation of dismissal (ACD), and instead adjudicating her a juvenile delinquent and imposing a conditional discharge. In light of the seriousness of the underlying incident, appellant's history of disciplinary problems at school and home, and the short duration of any supervision that an ACD might have provided, the court adopted the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection (*see Matter of Katherine W.*, 62 NY2d 947 [1984]). Concur—Mazzarelli, J.P., Renwick, Andrias, Richter and Feinman, JJ.